RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta. Clerk

AT FILED M

NOV 0 2 2015

CLERK, DISTRICT COURT, HUNT CO. TX

November 2, 2015

ADAM KELLY WARD
TDCJ # 00999525
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Dear Mr. Ward:

Pursuant to Texas Code of Criminal Procedure art. 43.141, enclosed is a copy of the trial court's Order setting the execution of ADAM KELLY WARD for March 22, 2016.

ORIGINAL SIGNED BY
RICHARD A. BEACOM JR., JUDGE

HON. RICHARD A. BEACOM, JR.
Presiding Judge
354TH Judicial District Court
Hunt County, Texas

cc:     Joni White                                      Jefferson Clendenin
        Assistant Director                              Assistant Attorney General
        Classifications & Records Division              Attorney General's Office
        TDCJ – ID                                       209 W. 14TH Street
        P. O. Box 99                                    Austin, Texas  78701
        Huntsville, Texas  77342-0099

        Abel Acosta                                     David Dow
        Clerk                                           Attorney for Adam Ward
        Court of Criminal Appeals                       100 Law Center
        P. O. Box 12308                                 Houston, TX 77204-6060
        Capitol Station
        Austin, Texas  78711

        Maria Ramirez                                   Noble Dan Walker, Jr.
        Board of Pardons & Paroles                      Hunt County Dist. Attorney
        Executive Clemency Unit                         P.O. Box 441
        8610 Shoal Creek                                Greenville, TX 75403-441
        Austin, Texas  78758

        Office of Capital Writs
        1700 N. Congress Ave., Ste. 460
        Austin, TX 78701

## CAUSE NO. 23,182

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| ADAM KELLY WARD | § | 354TH JUDICIAL |
| DISTRICT | | |

## SENTENCE OF DEATH

This day this cause being again called, the State appeared by and through the Hunt County District Attorney, for the purpose of having sentence of law pronounced in accordance with the verdict and judgment rendered against **ADAM KELLY WARD** at a former term of this Court, to-wit: on the 26th day of June, 2007. The verdict and judgment in the defendant's case were reviewed on direct appeal by the Court of Criminal Appeals of Texas. Subsequently, on the 10th day of February, 2010, the judgment in the defendant's case was affirmed by the decision of the Court of Criminal Appeals, and, in accordance, this Court has received the decision and mandate which are on file among the papers in this cause.

On the 6st day of October, 2010, the Court of Criminal Appeals denied habeas relief in the defendant's application for writ of habeas corpus.

On the 6th day of March, 2014, the U. S. District Court, Northern District of Texas, Dallas Division denied habeas relief in the defendant's federal application for writ of habeas corpus.

On the 28th day of May, 2015, the defendant filed a petition for writ of certiorari with the United States Supreme Court. The Court denied defendant's petition on the 5th day of October, 2015.

Thereupon, this Court proceeded to pronounce sentence against the defendant, **ADAM KELLY WARD**, as follows:

It is therefore CONSIDERED and ADJUDGED by the Court that the defendant, **ADAM KELLY WARD**, is guilty of the offense of Capital Murder as found by the jury, and the jury having further answered that there is a probability that the defendant would commit criminal acts of violence that would constitute a continuing threat to society, and taking into consideration all the evidence, including the circumstances of the offense, the defendant's character and background, the personal moral culpability of the defendant, there is not sufficient mitigating circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed and the law providing that on such jury finding the Court shall assess the death penalty to the defendant;

IT IS, THEREFORE, THE ORDER OF THE COURT that the defendant, having been adjudged guilty of Capital Murder and having been assessed punishment at death, in accordance with the findings of the jury and the judgment of this Court, shall at some time after the hour of 6:00 p.m., on Tuesday, the 22nd day of March, 2016, be put to death by an executioner designated by the Director of the Institutional Division of the Texas Department of Criminal Justice, who shall cause a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

IT IS ORDERED that the Clerk of this Court shall issue a Death Warrant, in accordance with this sentence, to the Director of the Institution Division of the Texas Department of Criminal Justice, and shall deliver such warrant to the Sheriff of Hunt

2

County, Texas, to be by him delivered to the Director of the Institution Division of the Texas Department of Criminal Justice, together with the defendant, **ADAM KELLY WARD**, if he has not previously been so delivered.

DONE and ENTERED this the 2nd day of November, 2015.

ORIGINAL SIGNED BY
RICHARD A. BEACOM JR., JUDGE

HONORABLE RICHARD BEACOM
354TH JUDICIAL DISTRICT COURT
HUNT COUNTY, TEXAS

3

CAUSE NO. 23,182

| STATE OF TEXAS | § | AT <u>FILED</u> M IN THE DISTRICT COURT |
|---|---|---|
| | § | NOV 0 2 2015 |
| V. | § | OF HUNT COUNTY, TEXAS |
| | § | CLERK, DISTRICT COURT, HUNT |
| ADAM KELLY WARD | § | 354TH JUDICIAL DISTRICT |

RECEIVED in
COURT OF CRIMINAL APPEALS

**EXECUTION ORDER**     NOV 06 2015

This Court, having received the mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. WR-70,651-02, now enters the following Order:

IT IS HEREBY **ORDERED** that the Defendant, ADAM KELLY WARD, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas until **Tuesday, the 22nd day of March, 2016**, upon which day, at the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director,

1

acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said ADAM KELLY WARD and until the said ADAM KELLY WARD is dead, such procedure to be determined and supervised by the said Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

IT IS HEREBY **ORDERED** that the Clerk of the Court shall send a copy of the Death Warrant in cause 23,182 within two (2) days of the signing of this order to the following:

1) Joni White, Assistant Director, Classifications & Records Division TDCJ-ID P.O. Box 99 Huntsville, TX 77342-0099;

2) Jefferson Clendenin, Assistant Attorney General, Attorney General's Office 209 W. 14th Street Austin, TX 78701;

3) Abel Acosta, Clerk, Court of Criminal Appeals, P.O. Box 12308 Capitol Station Austin, TX 78711;

4) David Dow, Attorney for Adam Ward, 100 Law Center, Houston, TX 77204-6060;

5) Maria Ramirez, Board of Pardons & Paroles Executive Clemency Unit 8610 Shoal Creek Austin, TX 78758;

6) Noble Dan Walker, Jr., Hunt County District Attorney, P.O. Box 441 Greenville, TX 75403-441; and

2

7) Office of Capital Writs, 1700 N. Congress Ave., Ste. 460 Austin, TX 78701.

IT IS FURTHER **ORDERED** that the Clerk of this Court shall issue and deliver to the Sheriff of Hunt County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said ADAM KELLY WARD.

IT IS FURTHER **ORDERED** that the Sheriff of Hunt County, upon receipt of said Death Warrant, is to deliver said Death Warrant to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas and shall take receipt of said Death Warrant and return the receipt to the Clerk of this Court.

SIGNED AND ENTERED this 2nd day of November, 2015.

ORIGINAL SIGNED BY
RICHARD A. BEACOM JR., JUDGE

_____
HONORABLE RICHARD A. BEACOM, JR.
Presiding Judge
354TH Judicial District Court
Hunt County, Texas

3

CAUSE NO. 23,182

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| ADAM KELLY WARD | § | 354TH JUDICIAL DISTRICT |

## DEATH WARRANT

TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TO THE SHERIFF OF HUNT COUNTY, TEXAS:

On the 26th day of June, 2007, the above-named defendant, in the above-styled and numbered cause, was convicted of the offense of capital murder. On the 26th day of June, 2007, the Court sentenced the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Court of Criminal Appeals' mandate affirming the above-named defendant's conviction for capital murder and having received notice of the Court of Criminal Appeals' denial of the defendant's application for writ of habeas corpus, sentenced the above-named defendant to death for the offense of capital murder and **ORDERS** that the execution be had on **Tuesday, the 22nd day of March, 2016, at any time after the hour of 6:00 p.m.** at the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

1

The Sheriff of Hunt County, Texas, is hereby commanded to transport the defendant, if he has not already been so delivered, to the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas, and deliver this warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director the proper receipt for the defendant and this warrant. The Sheriff will return the receipt to the office of the District Clerk of Hunt County, Texas.

The Director of the Institutional Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff of Hunt County, Texas the defendant, if he has not already been so delivered, and this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 p.m. on the day and date specified in paragraph two of this warrant, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

Witness my hand and seal of the District Clerk of Hunt County, Texas, at my office in the City of Greenville, Texas, on the 2nd day of November, 2015.

_____

STACEY LANDRUM

DISTRICT CLERK – HUNT COUNTY, TEXAS

2

## RETURN

The Sheriff of Hunt County, Texas, received this writ on the _____ day of _____, 2015, at _____ M. and executed the same by delivering two copies of this warrant to the Warden of the Institutional Division of the Texas Department of Criminal Justice on the _____ day of _____, 2015 and by taking his receipts for the said defendant, if necessary, and this warrant, which receipts are hereto attached do here now make my return on this writ this _____ day of _____, 2015.

_____
SHERIFF RANDY MEEKS
HUNT COUNTY, TEXAS

## ACKNOWLEDGEMENT

On this the _____ day of _____, 2015, the following papers related to cause number 23,182, styled THE STATE OF TEXAS vs. ADAM KELLY WARD, were received from the Sheriff of Hunt County, Texas:

1. One original and one copy of the **DEATH WARRANT** to be delivered to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division.

2. Two original, certified **EXECUTION ORDERS**.

WILLIAM STEPHENS
TEXAS DEPT. OF CRIMINAL JUSTICE
CORRECTIONAL INSTITUTIONS DIVISION
HUNTSVILLE, TEXAS

_____
DEPUTY
TEXAS DEPT. OF CRIMINAL JUSTICE
CORRECTIONAL INSTITUTIONS DIVISION

3